IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUBHASH MANNAVA, | ) |
| | ) Civil No. 21-cv-1303 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TD AMERITRADE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT TD AMERITRADE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned counsel for Defendant TD Ameritrade, Inc. certify that:

TD Ameritrade, Inc. is a wholly owned subsidiary of TD Ameritrade Holding Corporation, which is a wholly owned subsidiary of The Charles Schwab Corporation, a publicly traded corporation. The Toronto Dominion Bank, a publicly held entity, owns less than 10% of The Charles Schwab Corporation's voting common stock (and combined with its ownership of a separate class of non-voting common stock, owns more than 10% of common stock of The Charles Schwab Corporation).

Dated: March 9, 2021

Respectfully submitted,

TD AMERITRADE, INC.

By: */s/ Lauren J. Caisman*
Lauren J. Caisman
Demetria Hamilton
BRYAN CAVE LEIGHTON PAISNER LLP

161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
lauren.caisman@bclplaw.com
Demetria.hamilton@bclplaw.com

*Attorneys for Defendant*
*TD Ameritrade, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served via electronic mail and facsimile, this 9th day of March 2021, to the following counsel of record:

Oran D. Cart
Jesse B. Guth
Cart & Guth Law, LLC
1125 Wheaton Oaks Court
Wheaton, Illinois 60187
oran@cartlawoffices.com
jesse@cartlawoffices.com
Fax: 630-403-6995
*Attorneys for Plaintiff*

     */s/ Lauren J. Caisman*
     Lauren J. Caisman