IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUBHASH MANNAVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 21 CV 1303 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| TD AMERITRADE, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

To:   Oran D Cart                             Lauren Jennifer Caisman
      Cart & Guth Law, LLC                    Bryan Cave Leighton Paisner LLP
      1125 Wheaton Oaks Court                 161 North Clark Street, Suite 4300
      Wheaton, IL 60187                       Chicago, IL 60601
      (630) 916-4200                          (312) 602-5079
      *oran@kllawfirm.com*                    *lauren.caisman@bclplaw.com*

PLEASE TAKE NOTICE that on this 11th day of March, 2021, the undersigned entered his appearance for Plaintiff herein, SUBHASH MANNAVA. The undersigned hereby certifies that he caused a copy of said appearance and this Certificate of Service to be e-filed served upon the above referenced counsel of record by e-mail this 11th day of March, 2021.

Respectfully submitted,

  /s/ Ted A. Donner
Additional Counsel for SUBHASH MANNAVA

Ted A. Donner
DONNER & COMPANY LAW OFFICES LLC
1125 Wheaton Oaks Court
Wheaton, Illinois 60187
(630) 588-1131
tdonner@donnerco.com