EXHIBIT 1



February 16, 2021

BABU MANNAVA
MANNAVA

Regarding account number ending in:
Regarding claim number:

MANNAVA
MANNAVA

On 12/24/20, $500.00 was deposited into the above account from TD AMERITRADE. We've received a claim indicating that the transaction is unauthorized.

As a result of this claim, we've placed a $500.00 freeze on your account until our investigation is complete.

**We're here to help**
We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

# EXHIBIT 2

Positions   **Account Details**   Account Performance   Stock P&L

**Capital Details** (Last Updated:02/22/2021 20:19 EST)

| Type | Description | Date | Amount | Balance | Currency |
|------|-------------|------|--------|---------|----------|
| Cash Transfer | WIRE withdraw | 02/19/2021 00:00:00 EST | -26,950.00 | | USD |

# EXHIBIT 3



**Webull**
02/23/2021 06:19:40

Hello,

The trades that you placed while under legal restriction bounced to our error account. We have corrected the booked trades and they should be reflected in your account. Our clearing agent has no longer allowed us to support your account as previously stated. Once all trades settle you will be liquidated and you can withdraw all of your funds when we notify you that it is possible. Let us know if you have any questions.

Sincerely,
Webull Support



**BANK OF AMERICA**

February 23, 2021

SUBHASHCHANDRA BABU MANNAVA
3424 EMPRESS DR
NAPERVILLE , IL 60564-1166

Account number ending in 3020

SUBHASHCHANDRA BABU MANNAVA:
We've made the decision to close your deposit account ending in 3020. Here's what you need to know.

We want to make sure you understand how this change could affect you. You may also receive separate notices about other accounts you have with us.

**Things you need to do immediately**

- **Don't write any more checks on this account.** Any checks we receive will be returned unpaid. Keep in mind, this doesn't apply if you have a Safe Balance banking account.
- **Make sure there's enough money in your account to keep it from becoming overdrawn.** If you overdraw your account, or it's currently overdrawn, you'll need to deposit enough cash to bring your account balance to zero.
- **Cancel any recurring payments.** Contact any third parties sending electronic or Automated Clearing House (ACH) transactions to cancel the payments or make other payment arrangements.
- **Make other arrangements for any direct deposits.** We won't accept direct deposits into your account.

**What you need to know**

- Your account access may be restricted during the closure process.
- You can't use your debit card(s) anymore.
- You no longer have access to online banking services for this account.
- If your account has a balance after it's closed, we'll send a check payable to the name on the account and mail it to the address we have on file.
- Our decision to close your account is final and may affect your ability to open a checking or savings account with us in the future.

♻ Recycled Paper

**BANK OF AMERICA**

February 24, 2021

SUBHASHCHANDRA BABU MANNAVA
3424 EMPRESS DR
NAPERVILLE , IL 60564-1166

Account number ending in: XXXXXXXX3020

SUBHASHCHANDRA BABU MANNAVA:
**We've closed the above account.**

At this time, any remaining balance won't be returned to you. As permitted under our Deposit agreement, we've frozen the funds while we review the transactions and validate the source of funds.

The funds will not be returned to you if one of the following occurs:
· We determine the funds aren't due to you.
· We receive a court order or seizure warrant requiring us to turn over the funds to a third party.
· A third party indemnifies us for returning the funds to such third party.
· The ownership of the funds is disputed

If you have other accounts with us, you may receive a separate notice from us about those accounts.

**Questions?**
If you have questions about this matter, you can call us at 877.240.6886, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Si usted necesita asistencia en español, por favor llámenos al 877.240.6886 para hablar sobre el contenido de esta carta.

*Case Ref #:69090781*

○ Recycled Paper

**How this could affect you in the future**

We may report our decision to Chex Systems, Inc., Early Warning Services, LLC, or both. This may affect your ability to open an account at other financial institutions for up to five years. You can get a copy of your report from the reporting agency. If there's any information in the report that's inaccurate or incomplete, you can dispute it with them.

Early Warning Services, LLC
16552 N 90th Street
Scottsdale, AZ 85260
800.745.1560
earlywarning.com/consumer

Chex Systems, Inc.
Attn: Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125
800.428.9623

**We're here if you have questions**
You can call us at 877.240.6886, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Si usted necesita asistencia en español, por favor, llámenos al 877.240.6886 de lunes a viernes de 8 a. m. a 8 p. m. hora del este, para hablar sobre el contenido de esta carta.

Case Ref#: 69090781



**Webull**
03/15/2021 06:44:20

Hi Subhashchandra,

Your account is currently awaiting instructions from our clearing agent before the funds are being sent for a reclaim. Your account will be closed once this process has completed.

Sincerely,
Webull Support



February 16, 2021

RAVICHANDRA BABU MANNAVA
SIRICHANDANA MANNAVA
3424 EMPRESS DR
NAPERVILLE IL 60564-1166

Regarding account number ending in: 8608
Regarding claim number: 05JAN2021-153845

RAVICHANDRA BABU MANNAVA
SIRICHANDANA MANNAVA

On 12/24/20, $500.00 was deposited into the above account from TD
AMERITRADE. We've received a claim indicating that the
transaction is unauthorized.

As a result of this claim, we've placed a $500.00 freeze on your account until
our investigation is complete.

**We're here to help**
We appreciate the opportunity to serve your financial needs. If you have
questions, please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8
p.m. Eastern.