# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Subhash Mannava, an individual, v. TD Ameritrade, Inc., et al.

Case Number: 1:21-cv-01303

An appearance is hereby filed by the undersigned as attorney for:

Bank of America, N.A.

Attorney name (type or print): Benjamin H. Cook

Firm: McGuireWoods LLP

Street address: 77 West Wacker Drive, Suite 4100

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6335723
(See item 3 in instructions)

Telephone Number: (312) 750-3579

Email Address: bcook@mcguirewoods.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 4, 2021

Attorney signature: S/ Benjamin H. Cook
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015