# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUBHASH MANNAVA, an individual,<br><br>               Plaintiff,<br>    v.<br><br>TD AMERITRADE, INC., WEBULL FINANCIAL, LLC, APEX CLEARING CORPORATION, ROBINHOOD FINANCIAL, LLC and BANK OF AMERICA,<br><br>               Defendants. | Civil Action No. 1:21-cv-01303<br><br>Honorable Matthew F. Kennelly<br><br>Removed from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois<br><br>State Court Case No. 2021-CH-75 |

## DEFENDANT BANK OF AMERICA, N.A.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Bank of America, N.A. hereby certifies the following:

Bank of America, N.A. is a direct, wholly owned subsidiary of BAC North America Holding Company. BAC North America Holding Company is a direct, wholly owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a direct, wholly owned subsidiary of Bank of America Corporation.

Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: May 5, 2021 Respectfully submitted,

/s/ Benjamin H. Cook

Benjamin H. Cook (IL 6335723)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Tel. 312-849-8100
Fax 312-849-3690

*Attorney for Defendant Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system on May 5, 2021, which will send notification of such filing to all counsel of record.

*/s/ Benjamin Cook*
