# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                            Plaintiff,

v.                                                    Case No.: 1:21−cv−01303
                                                      Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 6, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 5/6/2021. By no later than 5/17/2021, the Plaintiff is to file an amended complaint stating more about the citizenships of the defendants. Deadline for defendants to respond to the complaint, including any motions to compel arbitration, is due 7/6/2021. A telephonic status hearing is set for 7/13/2021 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852 conference code 746−1053. The parties are directed to file a joint status report by 7/8/2021. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.