**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: SUBHASH MANNAVA v. TD AMERITRADE, INC., WEBULL FINANCIAL, LLC, APEX CLEARING CORP., ROBINHOOD FINANCIAL LLC, and BANK OF AMERICA  Case Number: 21-cv-1303

An appearance is hereby filed by the undersigned as attorney for:

Defendant: Robinhood Financial, LLC

Attorney name (type or print): Richard Z. Wolf

Firm: Horwood Marcus & Berk Chartered

Street address: 500 W. Madison St., Suite 3700

City/State/Zip: Chicago, Illinois 60661

Bar ID Number: 6301209   Telephone Number: 312-606-3248
(See item 3 in instructions)

Email Address: rwolf@hmblaw.com; ecfnotices@hmblaw.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you acting as local counsel in this case?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 15, 2021

Attorney signature: S/ Richard Z. Wolf
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015