*Subhash Mannava v. TD Ameritrade, Inc., et al.*

*Civil Action No. 21-cv-01303*

**Additional Admissions – Supplement to Paige M. Willan Motion to Appear** *Pro Hac Vice*

| Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Second Circuit | May 20, 2011 |
| U.S. Court of Appeals for the Federal Circuit | March 31, 2011 |
| U.S. Court of Appeals for the Third Circuit | May 6, 2015 |
| United States District Court for the Southern District of New York | January 22, 2010 |
| U.S.D.C. for the Northern District of New York | August 2016 |
| U.S.D.C. for the Eastern District of New York | January 2010 |
| U.S. Supreme Court | February 2017 |