# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                          Plaintiff,

v.                                                     Case No.: 1:21−cv−01303

                                                          Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 18, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The Court declines the request to "stay" the case but extends the deadline for defendants' responses to the amended complaint to 8/9/2021 as requested. This is a final extension. The telephonic status hearings set for 6/22/2021 at 7/13/2021 are vacated and reset to 7/26/2021 at 9:15 AM. The following call in number will be used for the hearing: 888−684−8852, access code 746−1053. Counsel should wait for the case to be called before announcing themselves. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.