# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                      Plaintiff,

v.                                                   Case No.: 1:21−cv−01303

                                                                Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 26, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 7/26/2021. The oral request for referral to the magistrate judge is denied without prejudice. A telephonic status hearing is set for 8/16/2021 at 9:15 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.