# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUBHASH MANNAVA,<br><br>    Plaintiff,<br><br> v.<br><br>TD AMERITRADE, INC., WEBULL FINANCIAL LLC, APEX CLEARING CORPORATION, ROBINHOOD FINANCIAL, LLC, and BANK OF AMERICA CORPORATION,<br><br>    Defendants. | Case No. 21 C 1303<br><br>Hon. Matthew F. Kennelly<br><br>Mag. Judge M. David Weisman |

## Index of Exhibits

| *Exhibit* | *Title* |
|---|---|
| A | Declaration of Shen Lu, Webull Financial LLC |
| B | Customer Account Agreement |
| C | Customer Margin & Short Account Agreement |
| D | Webull Financial Options Agreement |
| E | Desktop Account Opening Representation |
| F | Mobile App Account Opening Representation |
| G | Mannava Signature |
| H | Declaration of Michael Oxley, Apex Clearing Corporation |
| I | JSON Output |