# EXHIBIT E

 Webull

Application                    Account Types                    
Risk Disclosure                    Submit

# Agreements & Disclosures for Securities Trading

**Please read the following Agreements and Disclosures:**

Annual Disclosure Statement

Customer Information Brochure

Securities Lending Agreement

Apex Disclosures Fully Paid Lending

Customer Account Agreement

Disclosure of Payment for Order Flow and Order Routing Information

Electronic Delivery of Trade and E-signature

**Click-to-Sign eSignature**

I have read, understood and accepted the terms and conditions provided during the account opening process; I will comply with all terms of the Client Agreement (including the pre-dispute arbitration clauses at the end of the Agreement) and all other agreements and disclosures provided to me above; and I understand and agree that my electronic signature is equivalent to my handwritten signature.

I Agree

Previous Page

Extended Hours Trading Risk Disclosure

FINRA Customer ID Program Notice

Safety of Customer Assets

SIPC Information

Stop Orders Disclosure

Webull Business Continuity Plan Statement

Webull Margin Account Agreement

Webull Privacy Policy

Plaid End User Privacy Policy

Webull Terms of Services and Legal Agreement

Day-Trading Risk Disclosure Statement

Investor Education and Protection

Margin Disclosure Statement

Stock Reward Program Disclosure

Risks Associated with investment in IPOs

Fold