# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUBHASH MANNAVA,<br><br>        Plaintiff,<br><br>  v.<br><br>TD AMERITRADE, INC., WEBULL FINANCIAL LLC, APEX CLEARING CORPORATION, ROBINHOOD FINANCIAL LLC, and BANK OF AMERICA CORPORATION,<br><br>        Defendants. | Case No. 21 C 1303<br><br>Hon. Matthew F. Kennelly<br><br>Mag. Judge M. David Weisman |

**Declaration of Michael Oxley of Apex Clearing Corporation**

I, Michael Oxley, state as follows:

    1.    I am the Deputy Chief Compliance Officer at Apex Clearing Corporation ("Apex"). I have personal knowledge about Apex's account records based on my experience as a compliance officer at Apex.

    2.    Apex is the clearing firm for Webull Financial LLC. A clearing firm is a company that provides "clearing services" to brokerage firms (called "correspondents" or "introducing brokers") like Webull. For some brokerage firms, it is impractical to take on the back office burden of keeping customer funds and securities, executing trades on national exchanges, or preparing and transmitting trade confirmations or account statements for customers. To avoid the administrative burdens imposed by those back office tasks, broker-dealers like Webull contract with "clearing firms" like Apex.

3. Plaintiff opened Webull Account No. 5NF15064 on December 18, 2020.

4. When Plaintiff opened Webull Account No. 5NF15064, he indicated his agreement to the following documents: Customer Account Agreement, Customer Margin & Short Account Agreement, and Webull Financial Options Agreement.

5. Exhibit I is a true and accurate copy of Apex Clearing Corporation's records regarding Plaintiff's agreement to the Customer Account Agreement, Customer Margin & Short Account Agreement, and Webull Financial Options Agreement. This is a JSON output document, which contains a digital copy of the output of information provided by Plaintiff on Webull's digital platform on December 18, 2020. Webull transmitted this information to Apex through an Application Programming Interface.

6. Pages 1 and 2 of Exhibit I reflect that Plaintiff signed the New Account Form, which included the Customer Account Agreement, Exhibit B.

7. Page 5 of Exhibit I reflects that Plaintiff signed the "Option Agreement Form," which is the Webull Financial Options Agreement, Exhibit D.

8. Page 7 of Exhibit I reflects that Plaintiff signed the "Margin Agreement Form," which is the Customer Margin & Short Account Agreement, Exhibit C.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021.

                                                       *DocuSigned by:*
                                                      *Michael Oxley*
                                                      0B3B440EBB484F7...

                                       Michael Oxley
                                       Deputy Chief Compliance Officer

                                       Apex Clearing Corporation