# EXHIBIT I

```
{
  "modifyType":"CREATE",
  "account":"5NF15064",
  "patches":[
    {
      "formKeyToPatch":{
        "crypto_currency_agreement_form":{
          "eSigned":false,
          "jsonData":[
            {
              "path":"",
              "value":{
                "acceptedAgreement":true,
                "signature":{
                  "eSigned":"YES"
                }
              },
              "op":"replace"
            }
          ]
        },
        "new_account_form":{
          "eSigned":false,
          "jsonData":[
            {
              "path":"",
              "value":{
                "applicantSignature":{
                  "imageReference":"44b10323-14b3-4e55-9fd5-569fe9478108",
```

"photoIdReference":"64205ced-ca61-4b2e-b142-8cec8f20f833",
"imageSource":"SNAP"
},
"registeredRepApprover":{
"approverName":"Anthony Denier"
},
"serviceProfile":{
"issuerDirectCommunication":"OBJECT",
"dividendReinvestment":"DO_NOT_REINVEST",
"dividendProceedsSendFrequency":"DAILY",
"dividendProceeds":"HOLD",
"sweepInstructions":"NO_SWEEP",
"householdingService":"NO"
},
"investmentProfile":{
"federalTaxBracketPercent":10.0,
"annualIncomeUSD":{
"max":25000,
"min":0
},
"investmentExperience":"EXTENSIVE",
"investmentObjective":"SPECULATION",
"riskTolerance":"HIGH",
"liquidNetWorthUSD":{
"max":200000,
"min":100001
},
"totalNetWorthUSD":{
"max":200000,

```
      "min":100001
    }
  },
  "suitabilityProfile":{
    "liquidityNeeds":"VERY_IMPORTANT",
    "timeHorizon":"SHORT"
  },
  "catAccountholderType":"I",
  "accountType":"MARGIN",
  "principalApprover":{
    "approverName":"Anthony Denier"
  },
  "customerType":"INDIVIDUAL",
  "applicants":[
    {
      "maritalStatus":"SINGLE",
      "numDependents":0,
      "contact":{
        "emailAddresses":[
          "mannavascb@gmail.com"
        ],
        "mailingAddress":{
          "postalCode":"60564",
          "country":"USA",
          "streetAddress":[
            "3424 Empress Drive"
          ],
          "state":"IL",
          "city":"Naperville"
```

```
    },
    "homeAddress":{
      "postalCode":"60564",
      "country":"USA",
      "streetAddress":[
        "3424 Empress Drive"
      ],
      "state":"IL",
      "city":"Naperville"
    },
    "phoneNumbers":[
      {
        "phoneNumberType":"MOBILE",
        "phoneNumber":"+1-2068253163"
      }
    ]
  },
  "disclosures":{
    "isPoliticallyExposed":"NO",
    "isAffiliatedExchangeOrFINRA":"NO",
    "isControlPerson":"NO"
  },
  "employment":{
    "employmentStatus":"UNEMPLOYED"
  },
  "identity":{
    "dateOfBirth":"1996-11-18",
    "citizenshipCountry":"USA",
    "socialSecurityNumber":"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",
```

```
              "name":{
                "givenName":"SUBHASHCHANDRA BABU",
                "familyName":"MANNAVA",
                "legalName":"SUBHASHCHANDRA BABU MANNAVA"
              }
            }
          }
        ]
      },
      "op":"replace"
    }
  ]
},
"option_agreement_form":{
  "eSigned":false,
  "jsonData":[
    {
      "path":"",
      "value":{
        "applicantSignature":{
          "eSigned":"YES"
        },
        "riskStandardOptions":"2020-12-18",
        "registeredRepApprover":{
          "approverName":"John Coker"
        },
        "optionApproval":3,
        "investmentProfile":{
          "federalTaxBracketPercent":10.0,
```

```
          "annualIncomeUSD":{
            "max":25000,
            "min":0
          },
          "investmentExperience":"EXTENSIVE",
          "investmentObjective":"SPECULATION",
          "riskTolerance":"HIGH",
          "liquidNetWorthUSD":{
            "max":200000,
            "min":100001
          },
          "totalNetWorthUSD":{
            "max":200000,
            "min":100001
          }
        },
        "priorFirms":"WBUL",
        "registeredPrincipalApprover":{
          "approverName":"John Coker"
        },
        "uncoveredOptionWriters":"2020-12-18",
        "optionPrincipalApprover":{
          "approverName":"John Coker"
        }
      },
      "op":"replace"
    }
  ]
},
```

```
"fully_paid_securities_85_15_form":{
  "eSigned":false,
  "jsonData":[
    {
      "path":"",
      "value":{
        "optInOut":"OPT_IN",
        "signature":{
          "eSigned":"YES"
        }
      },
      "op":"replace"
    }
  ]
},
"margin_agreement_form":{
  "eSigned":false,
  "jsonData":[
    {
      "path":"",
      "value":{
        "deliveryDateMarginDisclosure":"2020-12-18",
        "signature":{
          "imageReference":"44b10323-14b3-4e55-9fd5-569fe9478108",
          "photoIdReference":"64205ced-ca61-4b2e-b142-8cec8f20f833",
          "imageSource":"SNAP"
        }
      },
      "op":"replace"
```

```
          }
        ]
      }
    },
    "user":{
      "userClass":"CLIENT_CREDENTIALS_USER",
      "userEntity":"correspondent.wbul",
      "subject":"apex_api"
    },
    "dateTime":{
      "$date":1608305427072
    }
  }
],
"filterFields":{
  "status":"COMPLETE",
  "account":"5NF15064",
  "correspondent":"WBUL",
  "created":{
    "$date":1608305427072
  },
  "lastUpdated":{
    "$date":1608305439851
  },
  "branch":"5NF",
  "sketchIds":[
    {
      "$uuid":"d2c89d600de043139b24795c37922071"
    }
```

  ]
},
"formKeyToId":{
  "crypto_currency_agreement_form":{
    "version":2,
    "title":"crypto_currency_agreement_form"
  },
  "new_account_form":{
    "version":5,
    "title":"new_account_form"
  },
  "option_agreement_form":{
    "version":1,
    "title":"option_agreement_form"
  },
  "fully_paid_securities_85_15_form":{
    "version":1,
    "title":"fully_paid_securities_85_15_form"
  },
  "margin_agreement_form":{
    "version":2,
    "title":"margin_agreement_form"
  }
},
"repCode":"WEA",
"version":14,
"requestId":{
  "$uuid":"ed90778ab047426a90c44ba9b4fd4dbb"
},

```
"branch":"5NF",
"atlasWorkflow":{
  "states":[
    {
      "status":"NEW",
      "user":{
        "userClass":"CLIENT_CREDENTIALS_USER",
        "userEntity":"correspondent.wbul",
        "subject":"apex_api"
      },
      "dateTime":{
        "$date":1608305427072
      }
    },
    {
      "status":"PENDING",
      "user":{
        "userClass":"CLIENT_CREDENTIALS_USER",
        "userEntity":"correspondent.wbul",
        "subject":"apex_api"
      },
      "dateTime":{
        "$date":1608305427078
      }
    },
    {
      "status":"INVESTIGATION_SUBMITTED",
      "user":{
        "userClass":"service",
```

```
      "userEntity":"apexclearing",
      "subject":"AtlasWorkflowService"
    },
    "dateTime":{
      "$date":1608305427185
    }
  },
  {
    "status":"READY_FOR_BACK_OFFICE",
    "user":{
      "userClass":"service",
      "userEntity":"apexclearing",
      "subject":"AtlasWorkflowService"
    },
    "dateTime":{
      "$date":1608305429592
    }
  },
  {
    "status":"BACK_OFFICE",
    "user":{
      "userClass":"service",
      "userEntity":"apexclearing",
      "subject":"AtlasWorkflowService"
    },
    "dateTime":{
      "$date":1608305429612
    }
  },
```

```
    {
      "status":"ACCOUNT_SETUP",
      "user":{
        "userClass":"service",
        "userEntity":"apexclearing",
        "subject":"AtlasWorkflowService"
      },
      "dateTime":{
        "$date":1608305438674
      }
    },
    {
      "status":"COMPLETE",
      "user":{
        "userClass":"service",
        "userEntity":"apexclearing",
        "subject":"AtlasWorkflowService"
      },
      "dateTime":{
        "$date":1608305439851
      }
    }
  ],
  "cipChecker":{
    "cipChecks":[
      {
        "result":{
          "state":"PENDING"
        },
```

"source":"SKETCH",
"state":"SUCCESS",
"id":{
  "$uuid":"d2c89d600de043139b24795c37922071"
},
"cipIdentity":{
  "name":{
    "givenName":"SUBHASHCHANDRA BABU",
    "familyName":"MANNAVA"
  },
  "mailingAddress":{
    "postalCode":"60564",
    "city":"Naperville",
    "streetAddress":[
      "3424 Empress Drive"
    ],
    "state":"IL",
    "country":"USA"
  },
  "dateOfBirth":{
    "$date":848296800000
  },
  "citizenshipCountry":"USA",
  "phoneNumber":"+1-2068253163",
  "socialSecurityNumber":"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",
  "emailAddresses":[
    "mannavascb@gmail.com"
  ],
  "homeAddress":{

```
          "postalCode":"60564",
          "city":"Naperville",
          "streetAddress":[
            "3424 Empress Drive"
          ],
          "state":"IL",
          "country":"USA"
        }
      }
    }
  ]
},
"className":"com.apexclearing.atlas.workflow.persistence.AtlasWorkflowV2",
"futuresBackofficeState":{
  "state":"OPEN"
},
"accountSetup":{
  "accountSetupSteps":[
    "FULLY_FUNDED",
    "EVENT_DRIVEN_AGREEMENTS",
    "ADTS"
  ],
  "state":"COMPLETED"
},
"backoffice":{
  "state":"COMPLETED",
  "changed":true
}
},
```

```
  "_id":{
    "$oid":"5fdccb138a5b206da8584361"
  },
  "correspondentCode":"WBUL"
}
```



```
{
  "modifyType":"UPDATE",
  "account":"5NF15064",
  "patches":[
    {
      "formKeyToPatch":{
        "new_account_form":{
          "eSigned":false,
          "jsonData":[
            {
              "path":"",
              "value":{
                "customerType":"INDIVIDUAL",
                "applicants":[
                  {
                    "contact":{
                      "phoneNumbers":[
                        {
                          "phoneNumberType":"MOBILE",
                          "phoneNumber":"+1-3079202112"
```

```
                    }
                  ]
                }
              }
            ]
          },
          "op":"replace"
        }
      ]
    }
  },
  "user":{
    "userClass":"CLIENT_CREDENTIALS_USER",
    "userEntity":"correspondent.wbul",
    "subject":"apex_api"
  },
  "dateTime":{
    "$date":1615986650948
  }
}
],
"filterFields":{
  "status":"COMPLETE",
  "account":"5NF15064",
  "correspondent":"WBUL",
  "created":{
    "$date":1615986650948
  },
  "lastUpdated":{
```

"$date":1615986657705
},
"branch":"5NF"
},
"formKeyToId":{
"new_account_form":{
"version":5,
"title":"new_account_form"
}
},
"repCode":"WEA",
"version":13,
"requestId":{
"$uuid":"4e38b90c481f466d9c6031a5e97bf478"
},
"branch":"5NF",
"atlasWorkflow":{
"className":"com.apexclearing.atlas.workflow.persistence.AtlasWorkflowV2",
"states":[
{
"status":"NEW",
"user":{
"userClass":"CLIENT_CREDENTIALS_USER",
"userEntity":"correspondent.wbul",
"subject":"apex_api"
},
"dateTime":{
"$date":1615986650948
}

```
},
{
  "status":"PENDING",
  "user":{
    "userClass":"CLIENT_CREDENTIALS_USER",
    "userEntity":"correspondent.wbul",
    "subject":"apex_api"
  },
  "dateTime":{
    "$date":1615986650953
  }
},
{
  "status":"READY_FOR_BACK_OFFICE",
  "user":{
    "userClass":"CLIENT_CREDENTIALS_USER",
    "userEntity":"correspondent.wbul",
    "subject":"apex_api"
  },
  "dateTime":{
    "$date":1615986651025
  }
},
{
  "status":"BACK_OFFICE",
  "user":{
    "userClass":"CLIENT_CREDENTIALS_USER",
    "userEntity":"correspondent.wbul",
    "subject":"apex_api"
```

```
    },
    "dateTime":{
      "$date":1615986651036
    }
  },
  {
    "status":"ACCOUNT_SETUP",
    "user":{
      "userClass":"service",
      "userEntity":"apexclearing",
      "subject":"AtlasWorkflowService"
    },
    "dateTime":{
      "$date":1615986657563
    }
  },
  {
    "status":"COMPLETE",
    "user":{
      "userClass":"service",
      "userEntity":"apexclearing",
      "subject":"AtlasWorkflowService"
    },
    "dateTime":{
      "$date":1615986657705
    }
  }
],
"futuresBackofficeState":{
```

```
      "state":"OPEN"
    },
    "accountSetup":{
      "accountSetupSteps":[
        "FULLY_FUNDED",
        "ADTS"
      ],
      "state":"COMPLETED"
    },
    "backoffice":{
      "state":"COMPLETED",
      "changed":true
    }
  },
  "_id":{
    "$oid":"6051ffda10ca5255381db78f"
  },
  "correspondentCode":"WBUL"
}
```