# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                              Plaintiff,

v.                                                          Case No.: 1:21−cv−01303
                                                                 Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 10, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff is directed to respond to the motions to compel arbitration / to dismiss by 9/7/2021; moving defendants are directed to reply to the response(s) by 9/21/2021. Defendant Bank of America has answered the complaint. Rule 26(a)(1) disclosures by plaintiff and Bank of America with respect to claims against Bank of America are to be served by 9/14/2021. Plaintiff and Bank of America are directed to confer regarding a discovery and pretrial schedule and are to file a joint status report with a proposal by 9/28/2021. The telephonic status hearing set for 8/16/2021 is vacated and reset to 10/13/2021 at 9:15 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Counsel should wait for the case to be called before announcing themselves. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.