# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | | |
|---|---|---|
| SUBHASH MANNAVA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 21-cv-1303 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | |
| TD AMERITRADE, INC., WEBULL FINANCIAL, LLC, APEX CLEARING CORPORATION, ROBINHOOD FINANCIAL, LLC, and BANK OF AMERICA, | ) ) ) ) ) | Removed from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois |
| | ) | State Court Case No.: 2021-CH-75 |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Subhash Mannava ("Plaintiff"), by and through his attorneys, Cart & Guth Law, LLC, hereby gives notice that following receipt of the arbitration agreements from Webull, Apex, TD Ameritrade, and Robinhood that Plaintiff did not have access to prior to said filings, the above-captioned action is dismissed, without prejudice, as to Defendants, Webull Financial LLC, Apex Clearing Corporation, TD Ameritrade, Inc., and Robinhood Financial LLC, and with each party to bear his or its own fees and costs.

Dated: September 7, 2021

Respectfully submitted,

**Subhash Mannava,** *Plaintiff*

By: /s/ Oran D. Cart
One of His Attorneys

Oran D. Cart, Esq.
  IL Atty. No. 6320411
  oran@cartlawoffices.com
Cart & Guth Law, LLC
1125 Wheaton Oaks Court
Wheaton, Illinois 60187
Phone: (630) 916-4200

1

## **CERTIFICATE OF SERVICE**

      The undersigned attorney on oath certifies that on September 7, 2021, prior to 11:00 p.m. CST, the foregoing was filed with the Clerk of the Court using the CM/ECF filing system, which will cause notification of this filing to be sent to all counsel of record.

                                            /s/ Oran D. Cart  
                                            Oran D. Cart

Oran D. Cart, Esq.  
  IL Atty. No. 6320411  
  oran@cartlawoffices.com  
Cart & Guth Law, LLC  
1125 Wheaton Oaks Court  
Wheaton, Illinois 60187  
Phone: (630) 916-4200