# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                          Plaintiff,

v.                                                           Case No.: 1:21−cv−01303
                                                          Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 8, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's claims against defendants TD Ameritrade, Inc.; Webull Financial, LLC; Apex Clearing Corp.; and Robinhood Financial LLC are voluntarily dismissed without prejudice, none of those defendants having filed an answer to the complaint. Motions to compel arbitration and/or dismiss [40] [41] [42] are terminated as moot. The case will proceed at this point only as to defendant Bank of America. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.