# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                          Plaintiff,

v.                                        Case No.: 1:21−cv−01303
                                                    Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 15, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion for extension of time to complete initial disclosures [47] is granted. A joint status report regarding settlement is to be filed on 10/6/2021. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.