# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | | |
|---|---|---|
| SUBHASH MANNAVA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 21-cv-1303 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | |
| TD AMERITRADE, INC., WEBULL FINANCIAL, LLC, APEX CLEARING CORPORATION, ROBINHOOD FINANCIAL, LLC, and BANK OF AMERICA, | ) ) ) ) ) | Removed from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois |
| | ) | State Court Case No.: 2021-CH-75 |
| Defendants. | ) | |

## **STIPULATION TO DISMISS**

NOW COMES Plaintiff, Subhash Mannava ("Plaintiff"), by and through his attorneys, Cart & Guth Law, LLC, hereby gives notice that Plaintiff and the sole remaining Defendant, Bank of America ("BoA") have reached a formal settlement agreement and hereby requests that this matter be dismissed, with the Court retaining jurisdiction to enforce the terms of settlement, should said action be necessary, and with each party to bear his or its own fees and costs.

Dated: October 6, 2021        Respectfully submitted,

**Subhash Mannava,** *Plaintiff*

By:   /s/ Oran D. Cart
         One of His Attorneys

Oran D. Cart, Esq.
  IL Atty. No. 6320411
  oran@cartlawoffices.com
Cart & Guth Law, LLC
1125 Wheaton Oaks Court
Wheaton, Illinois 60187
Phone: (630) 916-4200

1

## **CERTIFICATE OF SERVICE**

      The undersigned attorney on oath certifies that on October 6, 2021, prior to 10:00 p.m. CST, the foregoing was filed with the Clerk of the Court using the CM/ECF filing system, which will cause notification of this filing to be sent to all counsel of record.

      /s/ Oran D. Cart
      Oran D. Cart

Oran D. Cart, Esq.
  IL Atty. No. 6320411
  oran@cartlawoffices.com
Cart & Guth Law, LLC
1125 Wheaton Oaks Court
Wheaton, Illinois 60187
Phone: (630) 916-4200