# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                                Plaintiff,

v.                                                         Case No.: 1:21−cv−01303
                                                             Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 7, 2021:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the stipulation to dismiss regarding the last remaining defendant, Bank of America. It contemplates a dismissal with prejudice with a retention of jurisdiction to enforce the settlement. The Court advises that controlling law in this circuit precludes the Court from retaining jurisdiction to enforce a settlement following a dismissal with prejudice, unless the terms of the settlement are in effect incorporated into an injunction. One alternative the parties may wish to consider is dismissing the case without prejudice, with the dismissal to convert to a dismissal with prejudice once any terms requiring compliance in the future have been met. The case remains set for a status hearing on 10/13/2021 as previously ordered. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.