# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Subhash Mannava

                            Plaintiff,

v.                                                 Case No.: 1:21−cv−01303

                                                            Honorable Matthew F. Kennelly

TD Ameritrade,Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 12, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's claims against defendant Bank of America are dismissed with prejudice and without costs pursuant to stipulation. All claims against all defendants have now been resolved. The Clerk is directed to close the case. The telephonic status hearing set for 10/13/2021 is vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.